UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22100–CIV–COOKE/TORRES

LIDIA BOGRAN, Individually,
SILDA CHAVEZ, Individually,
CLAUDIA CRUZ, Individually,
JOSE ESTRADA, Individually,
RICARDO VALDES, Individually,
and, all persons similarly situated,

Plaintiffs,

v.

GR OPCO, LLC,
a Florida for Profit Corp., d/b/a
E11EVEN MIAMI, and
ELEVATED EATERIES OF MIAMI, LLC,
a Florida for Profit Corp.,
CJS GLOBAL, LLC,
a Florida for Profit Corp.,
DENNIS DEGORI, Individually, and
KENNETH RATNER , Individually,
FRANCES MARTIN, Individually,

Defendants.
_____/

## ORDER REQUIRING DOCUMENTATION SUPPORTING ALLOCATION OF ATTORNEY'S FEES AND COSTS

THIS MATTER is before me on the parties' Joint Motion for Approval of Settlement and for Enactment of a Conditional Stay/Abatement of Litigation Pending Completion of Settlement Payments and for Continuance of all Remaining Deadlines ("Joint Motion for Approval") (ECF No. 35). This matter was filed alleging violations of the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"). As such, the parties submitted their Settlement Agreement and General Release ("Settlement Agreement"), for the Court's review, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Judicial review of a settlement agreement in a FLSA matter encompasses a review of the reasonableness of counsel's legal fees. *Silva v. Miller*, 307 F. App'x 349 (11th Cir. 2009).

To assist in my evaluation of the reasonableness of the attorney's fees as stated in the Settlement Agreement, Plaintiff's counsel shall submit, for an *in camera* review, documentation supporting the allocation of attorney's fees in this matter. Such documentation shall be submitted within ten (10) days of this Order. Accordingly, I **DEFER** ruling on the parties' Joint Motion for Approval (ECF No. 35). However, in the interim, this case shall be **ADMINISTRATIVELY CLOSED**.

**DONE AND ORDERED** in chambers at Miami, Florida, this 19TH day of October 2015.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*