UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22100-Civ-COOKE/TORRES

LIDIA BOGRAN, individually,
SILDA CHAVEZ, individually,
CLAUDIA CRUZ, individually,
JOSE ESTRADA, individually,
RICARDO VALDES, individually,
and all persons similarly situated,

      Plaintiffs,
vs.

GR OPCO, LLC, a Florida for Profit Corp.,
d/b/a E11EVEN MIAMI, and ELEVATED
EATERIES OF MIAMI, LLC, a Florida
for Profit Corp., CJS GLOBAL, LLC, a Florida for
Profit Corp., DENNIS DEGORI,
individually, and KENNETH RATNER,
individually, FRANCES MARTIN,
individually,

      Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER is before me upon U.S. Magistrate Judge Edwin G. Torres's Report and Recommendation (ECF No. 41) regarding Plaintiff's Documentation Supporting Allocation of Attorney's Fees (ECF No. 39), which was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) (ECF No. 40).

In his Report, Judge Torres recommended that Plaintiffs' allocation be granted for the full amount requested in their documentation. I have conducted a *de novo* review of Plaintiffs' documents, the Report and Recommendation, the record, and the relevant legal authority. I find Judge Torres' Report clear, cogent, and compelling.

Accordingly, Judge Torres' Report and Recommendation is **AFFIRMED and ADOPTED** as the Order of this Court. A separate Order will issue formally accepting the parties' settlement agreement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29TH day of February 2016.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*